1  ROBERT A. NAEVE (State Bar No. 106095)
2  SHAWN M. LARSEN (State Bar No. 204439)
   MORRISON & FOERSTER LLP
3  19900 MacArthur Boulevard
   Suite 1200
4  Irvine, California  92612-2445
   Telephone: (949) 251-7500
5
6  Attorneys for Defendant
   TARGET CORPORATION sued erroneously as
7  TARGET CORPORATION dba
   TARGET T-615
8
9
10              UNITED STATES DISTRICT COURT
11              EASTERN DISTRICT OF CALIFORNIA
12
13 SHERIE WHITE,                        Case No. CIV.S-04-1338 DFL (PAN)
14              Plaintiff,              STIPULATION OF DISMISSAL AND
                                        [PROPOSED] ORDER THEREON
15     v.
16 TARGET CORPORATION dba
17 TARGET T-615; and DOES 1
   through 10,
18
19              Defendants.
20
21
       Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Sherie White
22
   ("Plaintiff") and defendant Target Corporation ("Target") hereby stipulate that this
23
   action, including all claims for relief that have been or could have been asserted by
24
   Plaintiff in connection with the general set of facts and circumstances underlying this
25
   action, shall be dismissed with prejudice in their entirety.  The parties also stipulate that
26
   each party shall bear their own attorneys' fees and costs in this action.  The parties
27
   further stipulate that this Court shall retain jurisdiction to the extent necessary to enforce
28

the terms of the Confidential Settlement and Release Agreement reached between the parties.

Dated: April 7, 2005.
LYNN HUBBARD, III
LAW OFFICES OF LYNN HUBBARD

By: /s/ Lynn Hubbard
Lynn Hubbard, III
Attorneys for Plaintiff
SHERIE WHITE

Dated: April 28, 2005.
ROBERT A. NAEVE
SHAWN M. LARSEN
MORRISON & FOERSTER LLP

By: /s/ Shawn Larsen
Shawn M. Larsen
Attorneys for Defendant TARGET CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: 4/29/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge